UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 06-102 |
| | : | |
| v. | : | |
| | : | |
| **JASON ERROL PERCIVAL,** | : | |
| also known as Soldier | : | |
| | : | |
| **DAVID SUCHIT** | : | |
| | : | |
| **RUSSELL JERRY JOSEPH,** | : | |
| also known as Saucy | : | |
| | : | |
| **ZION CLARKE,** | : | |
| | : | |
| **WINSTON GITTENS,** | : | |
| | : | |
| **RICARDO De FOUR,** | : | |
| | : | |
| **LEON NURSE,** | : | |
| also known as Leo, | : | |
| | : | |
| **KEVON DEMERIEUX,** | : | |
| also known as Ketchit, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Bruce Hegyi, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Bruce Hegyi
Assistant United States Attorney
Federal Major Crimes, Bar No.
555 4th Street, NW, Room 4848
Washington, DC 20530
(202) 305-9637

**NOTE: A CERTIFICATE OF SERVICE (COS) IS NOT NECESSARY IF ALL PARTIES TO THE CASE RECEIVE THE NOTICES ELECTRONICALLY. IF A COS IS NECESSARY, ONLY LIST THE PARTIES IN THE COS THAT DO NOT RECEIVE THE NOTICE ELECTRONICALLY. THIS CAN BE DETERMINED BY UTILIZING THE <u>UTILITIES SCREEN</u> ON THE ECF FILING SYSTEM WEBSITE (SAMPLE COS BELOW)**.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing notice has been mailed, first class, postage prepaid, to **[INSERT NAME AND ADDRESS OF THE PARTIES]**, this _____ day of **[INSERT MONTH]**, 2005.

_____
**[INSERT NAME OF AUSA FILING THIS NOTICE]**
Assistant United States Attorney