UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-102 (JDB) |
| | : | |
| v. | : | |
| | : | |
| JASON PERCIVAL et al | : | |
| | : | |
| Defendant. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Jeanne M. Hauch, Bar Number 426585, telephone number (202) 514-5776 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Jeanne M.Hauch
ASSISTANT UNITED STATES ATTORNEY
Bar No. 426585
555 4th Street, N.W., Room 11-907
Washington, DC 20530
(202) 514-5776

CERTIFICATE OF SERVICE

No Defense Counsel has entered an appearance in this case.

_____
Jeanne M. Hauch
ASSISTANT UNITED STATES ATTORNEY