UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | §  Criminal No. 06-102 (JDB) |
| JASON ERROL PERCIVAL, et al., | § § |
| Defendants. | § § § |

## GOVERNMENT'S NOTICE OF CONSULAR NOTIFICATION

The United States of America provided notice hereby that on May 16, 2006, it provided notification to the Embassy of Trinidad & Tobago of the arrest and detention of Russel Jerry JOSEPH and Winston GITTENS in this case.  A copy of the notification letter is attached hereto as Exhibit "A."[1]  On June 29, 2006 notification was provided to the Embassy of Trinidad & Tobago of the arrest and detention of David SUCHIT in this case.  A copy of the notification letter is attached here to as Exhibit "B."

    Respectfully submitted,

    KENNETH L. WAINSTEIN (D.C. Bar No.451058)
    United States Attorney

By: _____
    BRUCE R. HEGYI (D.C. Bar No. 422741)
    Assistant United States Attorney
    Federal Major Crimes Section
    555 Fourth Street, N.W., Room 4848
    Washington, D.C.  20530
    (202) 305-9637
    (202) 353-9414 (fax)
    www.bruce.hegyi@usdoj.gov

---

[1] A copy of the superseding Indictment (May 5, 2006) that was included with the notification letter is not attached hereto.