

**U.S. Department of Justice**

United States Attorney

*District of Columbia*

---

*Bruce R. Hegyi*
*Assistant United States Attorney*

*Criminal Division*
*Federal Major Crimes Section*

555 Fourth St. N.W.
Room 4848
Washington, D.C. 20530
(202) 305-9637
(202) 353-9414 (fax)

May 16, 2006

<u>BY FAX (202/785-3130) and FIRST CLASS MAIL</u>
Hon. Ronald Crichlow
Immigration Attache
Embassy of Trinidad & Tobago
1708 Massachusetts Ave., N.W.
Washington, D.C. 20036

    Re:    Consular Notification
            Arrest and Detention of Trinidad & Tobago Citizens:
            <u>Russel Jerry JOSEPH & Winston GITTENS</u>

Dear Mr. Crichlow:

    Please accept this communication as formal Consular notification that the following two citizens of Trinidad & Tobago have been arrested and are being detained in Washington, D.C.:

    1.    **Russel Jerry JOSEPH**
          Date of Birth: 12 December 1972
          Place of Birth: Port of Spain, Trinidad

    2.    **Winston GITTENS**
          Date of Birth: 14 July 1967
          Place of Birth: Port of Spain, Trinidad

    Mr. Joseph and Mr. Gittens were arrested in Trinidad & Tobago pursuant to Provisional Arrest Warrants that were served on them in Trinidad & Tobago, in relation to an Indictment and superseding Indictment that were returned against them in Criminal No. 06-102 (JDB), *United States v. Jason Errol Percival, et al.* which is pending in the United States District Court for the District of Columbia. I am including herewith a copy of the superseding Indictment.



GOVERNMENT
EXHIBIT
A
06-102(JDB)

Hon. Ronald Crichlow
May 16, 2006
Page 2

    Last week, both Mr. Joseph and Mr. Gittens waived extradition in Trinidad & Tobago and were transported to Washington, D.C. by Special Agents of the Federal Bureau of Investigations. Mr. Joseph and Mr. Gittens were arraigned yesterday before United States District Judge John D. Bates. They are each being held without bond. I am listing below the names, addresses and telephone numbers of the respective attorneys who have been appointed to represent them in this matter.

| Attorney for Mr. Joseph | Attorney for Mr. Gittens |
| --- | --- |
| Allen Orenberg, Esquire<br>11200 Rockville Pike<br>Suite 300<br>North Bethesda, MD 20852 | Thomas Abbenante, Esquire<br>1919 Pennsylvania Ave., N.W.<br>Suite 200<br>Washington, D.C. 20006 |
| Tele: (301) 984-8005<br>Fax: (301) 468-0215 | Tele: (202) 223-6539<br>Fax: (202) 452-0067 |

    Please be advised that the government of the Republic of Trinidad & Tobago is aware of this matter. My point of contact is David West, Esquire, Head, Central Authority, Ministry of Attorney General, Trinidad & Tobago, Port of Spain, Trinidad (telephone: 868-623-4909).

    Should you have any questions, comments, or concerns, please do not hesitate to contact me.

    Sincerely,

    KENNETH L. WAINSTEIN
    United States Attorney

By: _____
    BRUCE R. HEGYI
    Assistant United States Attorney

cc:    (without enclosure)
    Allen Orenberg, Esquire
    Thomas Abbenante, Esquire



**U.S. Department of Justice**

United States Attorney

*District of Columbia*

---

*Bruce R. Hegyi*
*Assistant United States Attorney*

*Criminal Division*
*Federal Major Crimes Section*

555 Fourth St. N.W.
Room 4848
Washington, D.C. 20530
(202) 305-9637
(202) 353-9414 (fax)

June 29, 2006

**BY FAX (202/785-3130) and FIRST CLASS MAIL**
Hon. Ronald Crichlow
Immigration Attache
Embassy of Trinidad & Tobago
1708 Massachusetts Ave., N.W.
Washington, D.C. 20036

    Re:    Consular Notification
             Arrest and Detention of Trinidad & Tobago Citizen:
             David SUCHIT

Dear Mr. Crichlow:

     Please accept this communication as formal Consular notification that the following citizen of Trinidad & Tobago has been arrested and is being detained in Washington, D.C.:

            **David SUCHIT**
            Date of Birth: 15 January 1974
            Place of Birth: Port of Spain, Trinidad

     Mr. Suchit was arrested in Trinidad & Tobago pursuant to a Provisional Arrest Warrant that was served on him in Trinidad & Tobago, in relation to an Indictment and superseding Indictment that were returned against them in Criminal No. 06-102 (JDB), *United States v. Jason Errol Percival, et al.* which is pending in the United States District Court for the District of Columbia. I previously forwarded to your attention a copy of the superseding Indictment in relation to our notification to your Office with regard to Trinidad & Tobago citizens Winston GITTENS and Russel Jerry JOSEPH.



GOVERNMENT EXHIBIT
B
06-102(JDB)

Hon. Ronald Crichlow
June 29, 2006
Page 2

    Earlier this week, Mr. Suchit waived extradition in Trinidad & Tobago and was transported yesterday to Washington, D.C. by Special Agents of the Federal Bureau of Investigations. Mr. Suchit will be arraigned tomorrow morning at 9:00 am before United States District Judge John D. Bates, at the United States Court House, 333 Constitution Avenue, N.W., Washington, D.C. 20001. Mr. Suchit is being held without bond. I am listing below the name, address and telephone number of the attorney who has been appointed to represent Mr. Suchit in this matter.

        Diane Lepley, Esquire
        400 Seventh Street, N.W.
        Suite 400
        Washington, D.C. 20004

        Tele: (202) 393-0007
        Fax:  (202) 452-0067

    Please be advised that the government of the Republic of Trinidad & Tobago is aware of this matter. My point of contact is David West, Esquire, Head, Central Authority, Ministry of Attorney General, Trinidad & Tobago, Port of Spain, Trinidad (telephone: 868-623-4909).

    Should you have any questions, comments, or concerns, please do not hesitate to contact me.

        Sincerely,

        KENNETH L. WAINSTEIN
        United States Attorney

By:        BRUCE R. HEGYI
        Assistant United States Attorney

cc:    (without enclosure)
        Diane Lepley, Esquire