**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                              Criminal Number   06-102-01(JDB)

Jason Errol Percival

    (Defendant)


TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA           [ ] RETAINED           [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Christopher M. Davis #385582
    (Attorney & Bar ID Number)

Davis & Davis
    (Firm Name)

514 10th Street, NW - Ninth Floor
    (Street Address)

Washington, DC 20004
    (City)   (State)   (Zip)

(202) 234-7300
    (Telephone Number)