# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | **DOCKET NO:** 06-102-01 | **MAGIS. NO:** |
| V.<br><br>JASON ERROL PERCIVAL aka "SOLDIER"<br><br>DOB:          PDID: | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br>Jason Errol Percival aka "Soldier"<br>unknown<br><br>FILED<br>FEB 2 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Hostage Taking Resulting in Death

Conspiracy to Commit Hostage Taking Resulting in Death

Aiding and Abetting and Causing an Act to be Done

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. §§ 1203(a) and 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:**<br>MAGISTRATE JUDGE ROBINSON | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)**<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE<br>U.S. MAGISTRATE JUDGE ROBINSON | **DATE ISSUED:**<br>4/26/2006 |
| **CLERK OF COURT:**<br>Nancy Mayer-Whittington | **BY DEPUTY CLERK:** | **DATE:**<br>4/26/2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 02/23/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 02/23/07 | O.L. BALDWIN<br>SDUSM / USMS | |
| HIDTA CASE:   Yes     No  X | | OCDETF CASE:   Yes     No  X |