UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 06-102 (JDB) |
| § | |
| JASON ERROL PERCIVAL, et al., § | |
| § | |
| Defendants. § | |

## GOVERNMENT'S NOTICE OF CONSULAR NOTIFICATION

The United States of America provides notice hereby that on February 26, 2007, it provided notification to the Embassy of Trinidad & Tobago of the arrest and detention of JASON ERROL PERCIVAL in this case.  A copy of the notification letter is attached hereto.[1]

    Respectfully submitted,

JEFFREY A. TAYLOR (D.C. Bar No.451058)
United States Attorney

By: _____
BRUCE R. HEGYI (D.C. Bar No. 422741)
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4848
Washington, D.C.  20530
(202) 305-9637
(202) 353-9414 (fax)
www.bruce.hegyi@usdoj.gov

---

[1] A copy of the superseding Indictment (September 20, 2006) that was included with the notification letter is not attached hereto.