

# U.S. Department of Justice

United States Attorney

*District of Columbia*

---

*Bruce R. Hegyi*
*Assistant United States Attorney*

*Criminal Division*
*Federal Major Crimes Section*

*555 Fourth St. N.W.*
*Room 4848*
*Washington, D.C.  20530*
*(202) 305-9637*
*(202) 353-9414 (fax)*

February 26, 2007

BY FAX (202/785-3130) and FIRST CLASS MAIL
Hon. Ronald Crichlow
Immigration Attache
Embassy of Trinidad & Tobago
1708 Massachusetts Ave., N.W.
Washington, D.C.  20036

      Re:    Consular Notification
            Arrest and Detention of Trinidad & Tobago Citizen:
            Jason Errol PERCIVAL

Dear Mr. Crichlow:

      Please accept this communication as formal Consular notification that the following citizen of Trinidad & Tobago has been arrested and is being detained in Washington, D.C.:

                  **Jason Errol PERCIVAL**
                  Date of Birth: 24 February 1973
                  Place of Birth: Port of Spain, Trinidad

      Mr. Percival was arrested in Trinidad & Tobago pursuant to a Provisional Arrest Warrant that was served on him in Trinidad & Tobago, in relation to an Indictment and superseding Indictment that were returned against them in Criminal No. 06-102 (JDB), *United States v. Jason Errol Percival, et al*. which is pending in the United States District Court for the District of Columbia.  I am including herewith a copy of the superseding Indictment.

Hon. Ronald Crichlow
February 26, 2006
Page 2

On Thursday, February 22, 2007, Mr. Percival, who had earlier waived extradition in Trinidad & Tobago, and was transported to Washington, D.C. by Special Agents of the Federal Bureau of Investigations. On Friday, February 23, 2007, Mr. Percival was arraigned before United States Magistrate Judge Alan Kay and was ordered held without bond. Mr. Percival will be appearing for a status conference on March 1, 2007 before United States District Judge John D. Bates.

Mr. Percival is being represented by the following attorneys in this matter:

> Christopher Davis, Esquire
> Mary Davis, Esquire
> Davis & Davis
> 514 Tenth Street, N.W.
> 9th Floor
> Washington, D.C.  20004
>
> (202) 234-7300
> Fax: (202) 639-0458

Please be advised that the government of the Republic of Trinidad & Tobago is aware of this matter. My point of contact is David West, Esquire, Head, Central Authority, Ministry of Attorney General, Trinidad & Tobago, Port of Spain, Trinidad (telephone: 868-623-4909).

Should you have any questions, comments, or concerns, please do not hesitate to contact me.

> Sincerely,
>
> JEFFREY A. TAYLOR
> United States Attorney
>
> By:
>
> BRUCE R. HEGYI
> Assistant United States Attorney

cc:  (without enclosure)
     Christopher Davis, Esquire
     Mary Davis, Esquire