UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :    Crim. No. 06-102-1 (JDB)

JASON PERCIVAL                    :

MOTION FOR TRANSFER OF DEFENDANT
TO THE CORRECTIONAL TREATMENT FACILITY

The defendant, Jason Percival, by and through his attorney, Christopher M. Davis, respectfully moves this Honorable Court for an order to have him housed at the Correctional Treatment Facility (CTF). In support of his request, Mr. Percival states:

1. Defendant Percival has been housed at the DC Jail since his initial presentment held on February 23, 2007. Mr. Percival is a foreign national with few, if any, ties to the United States.

2. The DC Jail does not allow detainees to have money, sent via Western Union, to detainees. A DC Jail detainee must have his family send a US Postal Money Order or a Bank Draft drawn on a bank with US branches. CTF allows inmates to receive funds from Western Union, resulting in direct deposits into the inmate's commissary account.

3. Mr. Percival can neither purchase a phone card to communicate with others or purchase items from the commissary (toiletries, writing materials or stamps) as a consequence of not being able to receive money from family and friends.

4. Defendant Percival also has been complaining of chest pains, which warrant medical review and attention. See, Pretrial Services Report prepared on 2/23/07.

5. Defendant Percival is, in all likelihood, going to be detained locally for well over a year - based on the particular facts of his case.

## Conclusion

Wherefore, defendant Percival requests this Court to order his transfer to the CTF, at the earliest date possible.

                Respectfully submitted,

                _____
                Christopher M. Davis #385582
                Counsel for Defendant Percival

                Davis & Davis
                The Lincoln Building
                514 10th Street, NW - Ninth Floor
                Washington, D.C. 20004
                202-234-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion was served via ECF upon all parties of record, on this 4th day of March, 2007.

                _____
                Christopher M. Davis