UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :   Crim. No.  06-102-1 (JDB) |
| JASON PERCIVAL | : |

ORDER

Upon consideration of the defendant's motion to be transferred to the Correctional Treatment Facility, and any opposition or lack thereof, it is on this ___ day of March, 2007, hereby

ORDERED that defendant Jason Percival:

```
DCDC    313 718
DOB     2/24/73
PDID    596 232
```

shall be transported, at the earliest possible date, to the Correctional Treatment Facility.


_____
 John D. Bates
 Judge, United States District Court


Dated: _____