UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                               :   Crim. No.  06-102-1 (JDB)

JASON PERCIVAL                   :


DEFENSE MOTION FOR SPEEDY TRIAL TIME EXCLUSION


Defendant, by and though counsel, Christopher M. Davis, moves this Honorable Court to allow him to exclude time from his speedy trial calculation, and in support thereof states as follows:

1. The defendant has been advised of his right to a speedy trial, as detailed in 18 U.S.C. §3161 (c)(1).

2. The charges are complex and international in nature.  Discovery is voluminous and investigation is, for the most part, extra-territorial.  The charges are capital eligible and therefore necessitate an extensive mitigation investigation.  Being a capital eligible case, the matter will have to go through a DOJ review process, which experience has shown to take, at a minimum, several months.  Absent an agreed upon and DOJ accepted resolution of these charges, the defense will be burdened with preparing an effective presentation before the DOJ Capital Review Committee.  This will entail assembling a defense team to gather all relevant case and defendant specific materials.    In the final analysis, the defense needs a reasonable exclusion of time to adequately prepare this case for trial or, for that matter, a disposition.

## CONCLUSION

  3. For the reasons stated in paragraph two, the defense, with no opposition from the United States, moves this Honorable Court to exclude time from the speedy trial calculation, beginning on February 23, 2007 through April 16, 2007, pursuant to § 18 U.S.C. §3161 (8) (A).

              Respectfully submitted,

              _____
              Christopher M. Davis #385582
              Counsel for Defendant Percival

              Davis & Davis
              The Lincoln Building
              514 10th Street, NW - Ninth Floor
              Washington, D.C. 20004
              202-234-7300

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a copy of this motion was served via ECF upon all parties of record, on this 4th day of March, 2007.

              _____
              Christopher M. Davis