UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
          Plaintiff,          :
          v.                  :     Criminal Action No. 06-102-01 (JDB)
Jason Percival,                    :
          Defendant.          :

## ORDER

Upon the ~~oral~~ motion of defendant ___Jason Percival___, and the consent and agreement of the government, the Court finds that, for the reasons stated in _Defense Motion For Speedy Trial Exclusion,_ ~~Court on this date,~~ the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from ___February 23, 2007___ through and including ___April 16, 2007___, shall be excluded in computing the date for speedy trial in this case.

Dated: ___March___, 2007

JOHN D. BATES
United States District Judge

AGREED:

___Jason Percival___
Defendant

___[signature]___
Defense Counsel

___[signature]___
Attorney for United States