UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 06-102-1 (JDB) |
| JASON PERCIVAL | : |

### WAIVER OF RIGHT TO APPOINTMENT OF SECOND COUNSEL

The defendant, Jason Percival, by and through his attorney, Christopher M. Davis, hereby waives his right to the appointment of two attorneys pursuant to 18 U.S.C. § 3005. The defendant submits the following in support of his waiver:

1. The defendant, Jason Percival, has been charged in a two count indictment with offenses which are eligible for capital punishment.

2. The defendant, Jason Percival, has a statutory right to the prompt assignment of two counsel, of which one shall be learned in the law applicable to capital cases. 18 U.S.C. § 3005.

3. At this time, upon consultation with undersigned counsel, Mr. Percival waives his right to the appointment of two attorneys. However, he specifically reserves the right to withdraw this waiver and request the appointment of second counsel at any time during the prosecution of his case.

Respectfully submitted,

_____
Christopher M. Davis #385582
Counsel for Defendant Percival

Davis & Davis
The Lincoln Building
514 10th Street, NW - Ninth Floor
Washington, D.C. 20004
202-234-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion was served via ECF upon all parties of record, on this 4th day of March, 2007.

_____
Christopher M. Davis