UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :    Crim. No.  06-102-1 (JDB)

JASON PERCIVAL                    :

ORDER

Upon consideration of the defendant's Waiver of Right to Appointment of Second

Counsel, and any opposition or lack thereof, it is on this ___ day of March, 2007,

hereby

ORDERED that defendant Percival's waiver be accepted, without prejudice to be

withdrawn at any future date.


_____
 John D. Bates
 Judge, United States District Court


Dated: _____


AGREED:


_Jason Percival_____
Defendant

_____
Defense Counsel