UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,       :

        Plaintiff,       :

        v.       :       Criminal Action No. 06-102-01 (JDB)

Jason Percival,       :

        Defendant.       :

### ORDER

Upon the ~~oral~~ motion of defendant Jason Percival, and the consent and agreement of the government, the Court finds that, for the reasons stated in Defense Motion For Speedy Trial Exclusion, ~~Court on this date,~~ the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from February 23, 2007 through and including April 16, 2007, shall be excluded in computing the date for speedy trial in this case.

Dated: March 7, 2007

_____
JOHN D. BATES
United States District Judge

AGREED:

_____
Defendant

_____
Defense Counsel

_____
Attorney for United States