UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. : Crim. No. 06-102-1 (JDB)

JASON PERCIVAL :

### ORDER

Upon consideration of the defendant's motion to be transferred to the Correctional Treatment Facility, and any opposition or lack thereof, it is on this 5th day of March, 2007, hereby

ORDERED that defendant Jason Percival:

shall be transported, at the earliest possible date, to the Correctional Treatment Facility.

John D. Bates
Judge, United States District Court

Dated: March 5, 2007