IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § | |
| - vs - | § | CRIMINAL No.  06-102-01 (JDB) |
| | § § | |
| **JASON ERROL PERCIVAL,**<br>aka "Soldier," *el al.* | § § § § | |
| Defendants. | § § | |

### GOVERNMENT'S MOTION TO RECONSIDER
### ORDER GRANTING DEFENDANT PERCIVAL'S REQUEST
### TO BE TRANSFERRED TO THE CORRECTIONAL TREATMENT FACILITY

For the reasons set forth below, the United States of America ("United States" or "Government") moves the Court to reconsider its Order granting defendant Jason Errol Percival's (Mr. Percival") Motion for Transfer Defendant to the Correctional Treatment Facility ("Defendant's Motion") and for the Court to withdraw its Order (Docket Entry #70) and enter an Order denying without prejudice the relief sought in Defendant's Motion.

1. As more fully set forth among the papers on file herein, defendant Percival is one of twelve (12) persons indicted in Washington, D.C., for the 2005 hostage-taking resulting in death of a United States citizen that occurred in Trinidad and Tobago.

2. On February 22, 2007, Mr. Percival was first brought from Trinidad and Tobago to the United States to answer the charges in the superseding Indictment. On February 23, 2007, Mr. Percival was arraigned by Magistrate Judge Facciola. On March 1, 2007, Mr. Percival first appeared at a status conference before the District Court.

3. On Saturday, March 3, 2007, Mr. Percival filed his Motion to Transfer Defendant to the Correctional Treatment Facility (Docket Entry # 64). The relief sought in the Motion was not discussed with Government counsel prior to its filing.

4. Apparently, on March 5, 2007, the Court signed an Order (Docket Entry #70) granting Defendant's Motion, which Order was filed and circulated electronically on March 7, 2007.

5. The Order directs that Mr. Percival "shall be transported, at the earliest possible date, to the Correctional Treatment Facility." [*See* Order, page 1]

6. However, well before Defendant's Motion was filed, Government counsel had alerted the U.S. Marshals Service, who alerted the D.C. Department of Corrections, that the various defendants in this matter be separated from one another.

7. Currently, there is another defendant in this case who is housed at the Correctional Treatment Facility.

8. On information and belief, it is difficult, if not virtually impossible, to adequately separate defendants from one another at the Correctional Treatment Facility.

9. On March 7, 2007, prior to the receipt of the Court's Order, Government counsel contacted counsel for Mr. Percival and alerted Mr. Percival's counsel that the Government intended to file an Opposition to Mr. Percival's Motion and apprised counsel of the basis for the Opposition.

10. Upon receipt of the Court's Order, Government counsel re-contacted Mr. Percival's counsel and advised that the Government intended to file a Motion for Reconsideration and advised Mr. Percival's counsel of the basis therefore and inquired if Mr.

Percival's counsel had a position with regard to the Government's Motion to Reconsider.

11. Mr. Percival's counsel advised, under the circumstances, he had no objection to the relief sought in the Government's Motion to Reconsider but stressed that he wished to reserve the right to re-file in the future a Motion seeking to have Mr. Percival transferred to the Correctional Treatment Facility, if, as, and when the other defendant is no longer at the Correctional Treatment Facility.

As a result, the Government urges the Court to reconsider its Order filed on March 7, 2007 (Docket Entry #70) and that it withdraw its Order and to deny the relief sought in defendant Percival's Motion to Transfer Defendant to the Correctional Treatment Facility (Docket Entry #64) with leave for defendant Percival to re-file his Motion at a future time when another defendant in this case is not housed at the Correctional Treatment Facility.

WHEREFORE, for each of the reasons set forth above, the Government urges the Court to reconsider and withdraw its Order (Docket Entry #70) without prejudice to Defendant Percival's ability to re-file his Motion at a future time.

    Respectfully submitted,

    JEFFREY A. TAYLOR (D.C. Bar No. 498610)
    United States Attorney

By: _____
    BRUCE R. HEGYI (D.C. Bar No. 422741)
    Assistant United States Attorney
    Federal Major Crimes Section
    555 Fourth Street, N.W., Room 4848
    Washington, D.C. 20530
    (202) 305-9637
    (202) 353-9414 (fax)
    www.bruce.hegyi@usdoj.gov

        JEANNE M. HAUCH
        Assistant United States Attorney
        National Security Section
        555 Fourth Street, N.W., 11th Floor
        Washington, D.C. 20530

CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of March, 2007, a true and correct copy of the above and foregoing GOVERNMENT'S MOTION TO RECONSIDER ORDER GRANTING DEFENDANT PERCIVAL'S REQUEST TO BE TRANSFERRED TO THE CORRECTIONAL TREATMENT FACILITY and proposed ORDER were served on the following by Fax and First Class Mail, postage pre-paid, upon:

      CHRISTOPHER DAVIS, ESQUIRE
      DAVIS & DAVIS
      514 10TH STREET, N.W.
      NINTH FLOOR
      WASHINGTON, D.C.  20004

_____
BRUCE R. HEGYI
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § | |
| - vs - | § § § | CRIMINAL No.  06-102-01 (JDB) |
| **JASON ERROL PERCIVAL,** aka "Soldier," *el al.* | § § § § | |
| Defendants. | § § § | |

**ORDER**

Upon consideration of the Government's Motion to Reconsider the Order (Docket Entry #70) granting Defendant Percival's Motion to Transfer Defendant to the Correctional Treatment Facility (Docket Entry #64), the lack of opposition thereto, and the entire record herein, the Court is of the opinion and finds that the Government's Motion is well-taken and should be granted.  It is, therefore, this ___ day of March, 2007

ORDERED that the Court's prior Order (Docket Entry #70) be, and hereby is, WITHDRAWN, and it is

FURTHER ORDERED that Defendant's Motion (Docket Entry #64), be and hereby is DENIED without prejudice to defendant Percival re-filing a motion seeking the same or similar relief at a future time.

SO ORDERED.

_____
JOHN D. BATES
United States District Judge