IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| - vs - | § § CRIMINAL No. 06-102-01 (JDB) § |
| JASON ERROL PERCIVAL, aka "Soldier," *el al.* | § § § § |
| Defendants. | § § |

**FILED**

MAR 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Government's Motion to Reconsider the Order (Docket Entry #70) granting Defendant Percival's Motion to Transfer Defendant to the Correctional Treatment Facility (Docket Entry #64), the lack of opposition thereto, and the entire record herein, the Court is of the opinion and finds that the Government's Motion is well-taken and should be granted. It is, therefore, this 8th day of March, 2007

ORDERED that the Court's prior Order (Docket Entry #70) be, and hereby is, WITHDRAWN, and it is

FURTHER ORDERED that Defendant's Motion (Docket Entry #64), be and hereby is DENIED without prejudice to defendant Percival re-filing a motion seeking the same or similar relief at a future time.

SO ORDERED.

JOHN D. BATES
United States District Judge