UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 06-102 (JDB) |
| JASON PERCIVAL, : | |
| Defendant. : | |

## ORDER

Upon the oral motion of defendant ___JASON PERCIVAL___, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from ___7/18/07___ through and including ___11/16/07___, shall be excluded in computing the date for speedy trial in this case.

Dated: ___7-18-07___

_____
JOHN D. BATES
United States District Judge

AGREED:

___Jason Percival___
Defendant

___Christopher M. Davis___
Defense Counsel

_____
Attorney for United States