UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Criminal No. 06-102 (JDB) |
| § | |
| JASON ERROL PERCIVAL, et al., § § | |
| Defendants. § § | |

## GOVERNMENT'S NOTICE OF CONSULAR NOTIFICATION

The United States of America provides notice hereby that on August 9, 2007, it provided notification to the Embassy of Trinidad & Tobago of the arrest and detention of ANDERSON STRAKER, WAYNE PIERRE, KEVIN NIXON, and CHRISTOPHER SEALEY in this case. A copy of the notification letter is attached hereto.

    Respectfully submitted,

    JEFFREY A. TAYLOR (D.C. Bar No.451058)
    United States Attorney

      /S/
By: _____
    BRUCE R. HEGYI (D.C. Bar No. 422741)
    Assistant United States Attorney
    Federal Major Crimes Section
    555 Fourth Street, N.W., Room 4848
    Washington, D.C.  20530
    (202) 305-9637
    (202) 353-9414 (fax)
    www.bruce.hegyi@usdoj.gov