IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :
        v.                  :   Criminal No.:  06-102-01 (JDB)
                            :
                            :
JASON ERROL PERCIVAL, et al.,:
                            :
        Defendants.         :
                            :

**FILED**

**NOV 1 6 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA OF
<u>JASON ERROL PERCIVAL</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this factual proffer as a summary of the facts which the United States would have presented, had this matter had gone to trial, and which would have established the defendant's guilt beyond a reasonable doubt. The facts presented below are a summary of the Government's evidence, and are not intended to represent all of the evidence the Government could have presented at trial against this defendant:

1.      During a period of time that included from in or about January of 2005 and continuing to on or about May 15, 2005, in Trinidad & Tobago ("Trinidad"), and within the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, **JASON ERROL PERCIVAL, also known as Soldier**, together with a group of conspirators, including but not limited to ANDERSON STRAKER, also known as Gypsy's Son and Andy, WAYNE PIERRE, also known as Ninja, LEON NURSE, also known as Leo, RICARDO De FOUR, RUSSEL JERRY JOSEPH, also known as Saucy, WINSTON GITTENS, KEVIN NIXON,

also known as Shaka, CHRISTOPHER SEALEY, also known as Christopher Bourne and Boyie, ZION CLARKE, KEVON DEMERIEUX, also known as Ketchit, and DOREEN ALEXANDER-DURITY did knowingly conspire and agree with each other and with one or more other conspirators (but as to one or more of whom JASON ERROL PERCIVAL did not have direct contact), whose identities are known to **JASON ERROL PERCIVAL** and the Government, to seize and detain and threaten to kill, to injure, and to continue to detain Dinesh Maharaj and Balram Maharaj, United States citizens, in order to compel a third person to pay ransom for the release of Dinesh Maharaj and Balram Maharaj, as an explicit and implicit condition for the release of Dinesh Maharaj and Balram Maharaj.

2. The death of Balram Maharaj resulted from this conspiracy to commit hostage taking.

3. The object of the conspiracy was to obtain money belonging to Balram Maharaj.

4. Members of the conspiracy discussed and agreed to kidnap Dinesh Maharaj and hold him as a hostage for payment of ransom by Balram Maharaj.

5. Members of the conspiracy kidnaped Balram Maharaj and held him as a hostage, demanding payment of ransom from members of his family.

6. Following the death of Balram Bachu Maharaj, members of the conspiracy took steps to destroy evidence of their crimes and to frustrate the identification and prosecution of the conspirators.

7. In furtherance of the conspiracy and to accomplish the object thereof, **JASON ERROL PERCIVAL**, while actively pursuing the objects of the conspiracy, and in concert with a group of conspirators, including but not limited to ANDERSON STRAKER, also known as

Gypsy's Son and Andy, WAYNE PIERRE, also known as Ninja, LEON NURSE, also known as Leo, RICARDO De FOUR, RUSSEL JERRY JOSEPH, also known as Saucy, WINSTON GITTENS, KEVIN NIXON, also known as Shaka, CHRISTOPHER SEALEY, also known as Christopher Bourne and Boyie, ZION CLARKE, KEVON DEMERIEUX, also known as Ketchit, and DOREEN ALEXANDER-DURITY, and others, whose identities are known to **JASON ERROL PERCIVAL** and the Government, committed the following overt acts, among others:

    (a)    Early in 2005, **JASON ERROL PERCIVAL**, a former member of the Trinidad & Tobago Defense Forces ("TTDF"), was approached by his cousin, RICARDO STEVENSON, also known as Stevo, a then-current member of the TTDF, who drove **JASON ERROL PERCIVAL** to the TTDF Headquarters in Chaguaramas, Trinidad. While *en route*, RICARDO STEVENSON informed **JASON ERROL PERCIVAL** of a plot in which LEON NURSE, whom RICARDO STEVENSON described as his partner, and a man known as "Gypsy's son," later identified as ANDERSON STRAKER, and a woman, later identified as DOREEN ALEXANDER-DURITY, who was working with "Gypsy's Son" wanted to have the woman's son kidnapped so that a ransom could be obtained from the child's father for the release of the son;

    (b)    At the TTDF, RICARDO STEVENSON introduced **JASON ERROL PERCIVAL** to LEON NURSE, also known as Leo, and the three of them discussed plans to obtain ransom money belonging to the father of the child, who had previously received a substantial amount of money in some court matter in the United States;

3

(c)  Thereafter, RICARDO STEVENSON asked **JASON ERROL PERCIVAL** if WAYNE PIERRE, also known as Ninja, could "handle the scene," meaning take and hold the child for ransom. **JASON ERROL PERCIVAL** had known WAYNE PIERRE for more than two years and knew WAYNE PIERRE and his gang had been involved in numerous kidnappings for ransom. Among others, WAYNE PIERRE's gang was made up of ZION CLARKE and KEVON DEMERIEUX, also known as Ketchit, who would guard the victims at the hideouts in remote forested areas of Trinidad; KENNETH PIERRE, who was WAYNE PIERRE's brother, who would bring food, water, and supplies to the guards and would take messages back and forth between the guards and WAYNE PIERRE, and who sometimes functioned as a relief guard; two men known as "Shaka," later identified as KEVIN NIXON, and "Boyie," later identified as CHRISTOPHER SEALEY, also known as Christopher Bourne, who were among those that functioned at times as the gunmen who abducted the victim(s); RUSSELL JOSEPH, also known as Saucy, who was the regular getaway driver; and WINSTON GITTENS, who at times functioned as the getaway driver, but who was more often the ransom negotiator;

(d)  Shortly thereafter, **JASON ERROL PERCIVAL** met with WAYNE PIERRE and the two discussed the plan to kidnap the child. WAYNE PIERRE said he and his crew could handle the kidnapping of the child;

(e)  Thereafter, numerous planning meetings took place, often at the

4

Mellow Moods Bar. These meetings were attended variously by **JASON ERROL PERCIVAL**, WAYNE PIERRE, LEON NURSE, RICARDO De FOUR, a then-current member of the TTDF, RUSSELL JOSEPH, "Shaka," "Boyie," and "Gyspy's Son." In addition, **JASON ERROL PERCIVAL** communicated with WINSTON GITTENS, who agreed to serve as the ransom negotiator. "Shaka" and "Boyie" agreed to be the gunmen;

(f)     Eventually, it was decided by the group that the father would be kidnapped, instead of the child, and that the ransom money would be obtained from the funds of the father through members of the father's family who resided in Trinidad;

(g)     For the purposes of this kidnapping, the following roles were assigned: "Shaka" and "Boyie" would be the gunmen, who would effect the actual abduction of the victim; RUSSELL JOSEPH would drive the getaway car; RICARDO De FOUR would drive a vehicle ahead of the getaway car to "clear the roads," in order to assure the free passage away from the scene of the getaway car; **JASON ERROL PERCIVAL** would be a passenger in the car driven by RICARDO De FOUR; WINSTON GITTENS would be the ransom negotiator; "Gypsy's Son" and the child's mother, whom Gypsy's Son referred to as "Doreen," would set the man, who Gypsy's Son referred to as "Balo," up for the kidnapping and alert the gang to the whereabouts of the intended victim; "Gypsy's Son" would identify the victim for the gang, to make certain the correct target was abducted; ZION CLARKE and KEVON DEMERIEUX

would serve as guards; KENNETH PIERRE would take supplies to the guards and would take messages to and from the guards and the gang members; LEON NURSE would function as a conduit to "Gypsy's Son" and "Doreen," and would be one of the decision-makers; WAYNE PIERRE would be another of the decision-makers; and **JASON ERROL PERCIVAL** serving as a "bridge" between the military personnel and WAYNE PIERRE and his gang members, and **JASON ERROL PERCIVAL** would be intimately involved in the aspects of the kidnapping and ransom negotiations;

(h) On the day of the kidnapping, April 6, 2005, **JASON ERROL PERCIVAL**, WAYNE PIERRE, LEON NURSE, RICARDO De FOUR, RUSSELL JOSEPH, KENNETH PIERRE, "Shaka" and "Boyie" met ~~at the Mellow Moods Bar~~. WAYNE PIERRE sent KENNETH PIERRE to get the guns, which he did, returning with two pistols and fake license plates for the getaway car. For a time, RICARDO De FOUR put the pistols, a .357 magnum and a Browning .9 mm, under the seat of De FOUR's vehicle. Eventually, the pistols were transferred to "Shaka" and "Boyie" and the fake license plates were transferred to RUSSELL JOSEPH. RUSSELL JOSEPH installed the fake license plates on the getaway car.

(i) As they headed toward the Samaan Tree Bar to abduct the victim, RICARDO De FOUR drove the lead car, with **JASON ERROL PERCIVAL** aboard as the passenger. RUSSELL JOSEPH, with "Shaka" and "Boyie" as passengers, fell in behind RICARDO De FOUR's vehicle. As they

approached the Samaan Tree Bar, the vehicle driven by RICARDO De FOUR pulled over and the vehicle driven by RUSSELL JOSEPH drove within close proximity of the Samaan Tree Bar, where it parked and "Shaka" and "Boyie" got out and went into the Samaar Tree Bar armed with the two pistols. Moments later, "Shaka" and "Boyie" dragged the victim out of the Samaan Tree Bar and signaled for RUSSELL JOSEPH to drive to the front of the Bar, which he did. When the car driven by RUSSEL JOSEPH came to a stop in front of the Samaan Tree Bar, "Shaka" and "Boyie" forced the victim into the back seat of the car, and RUSSEL JOSEPH drove away from the scene with the victim "Shaka" and "Boyie" on board. RICARDO De FOUR, with **JASON ERROL PERCIVAL** aboard as a passenger, drove ahead of the JOSEPH vehicle "clearing the roads" for the JOSEPH vehicle, so that the getaway car could make good its escape;

(j)     The victim, later identified as Balram Bachu Maharaj, was turned over to ZION CLARKE and KEVON DEMERIEUX to be guarded primarily by them at a remote location in a mountainous, forested, area;

(j)     Having obtained telephone numbers from the victim, the gang demanded a ransom of $3 million Trinidad dollars from the victim's relatives for his release. To that end, WINSTON GITTENS, in **JASON ERROL PERCIVAL's** presence, made numerous telephone calls from public pay telephones on behalf of the gang members to the victim's family demanding ransom for the victim's release. However, the family members claimed that

they did not have access to, and could not raise, anything close to the $3 million Trinidad dollars that the kidnappers were demanding for the victim's safe release;

(k)     Prior to the kidnapping, "Gypsy's Son" assured LEON NURSE that the victim's mother, Baby John, had access to the victim's money. As a result, when the negotiations were not immediately fruitful, RUSSELL JOSEPH took "Gypsy's Son" up to the guard station and Gypsy's Son interrogated the victim in an effort to obtain better financial information from the victim;

(l)     Approximately one week after the victim was taken hostage, the victim died at the campsite where he was held.

(m)     After the victim died, various members of the group met at the Mellow Moods Bar to decide what ought next be done. Present at that meeting were at least **JASON ERROL PERCIVAL**, WAYNE PIERRE, LEON NURSE, RICARDO De FOUR, RUSSELL JOSEPH. At this meeting, WAYNE PIERRE stated that if there was no body, there was no evidence, and no case could be made against them. As a result, a decision was made to dismember the victim's body and to bury the resulting body parts in the jungle;

(n)     The next day, WAYNE PIERRE told **JASON ERROL PERCIVAL** that WAYNE PIERRE, RUSSELL JOSEPH, ZION CLARKE, KEVON DEMERIEUX, and KENNETH PIERRE had together been involved in the dismemberment of the victim's body. WAYNE PIERRE said that WAYNE

PIERRE had done most of the cutting, using a machete, and said that ZION CLARKE had removed the victim's organs with his bare hands. WAYNE PIERRE indicated that the body parts would be buried where they could not be located; and

(o)  Within several days following the victim's death, WAYNE PIERRE discussed with **JASON ERROL PERCIVAL** a plan to kill "Gypsy's Son" and "Doreen" in order to keep both of them from talking to the Police and exposing the identities and involvement of the other conspirators in the kidnapping and death of Balram Maharaj.

8.  **JASON ERROL PERCIVAL's** participation in the conspiracy, and his actions in furtherance thereof, were done knowingly, voluntarily, and intentionally, and were not the product of an accident or mistake.

9.  **JASON ERROL PERCIVAL** is guilty of Count One of the Superseding Indictment (Conspiracy to Commit Hostage Taking Resulting in Death), in violation of 18 U.S.C. § 1203(a), and Count Two of the Superseding Indictment (Hostage Taking Resulting in Death), in violation of 18 U.S.C. § 1203(a).

I, JASON ERROL PERCIVAL, HEREBY CERTIFY AND DECLARE THAT ALL OF THE FACTS SET FORTH ABOVE IN THIS FACTUAL PROFFER ARE TRUE AND CORRECT.

<u>11-10-07</u>  
Date

<u>/s/ Jason Percival</u>  
JASON ERROL PERCIVAL, also known as Soldier  
Defendant

  I have carefully and completely reviewed this Factual Proffer with my client, JASON ERROL PERCIVAL, and he agrees that each of the facts set forth above is true and correct.

_____11-10-07_____    _____/s/ Christopher Davis_____
Date           CHRISTOPHER DAVIS, ESQUIRE
              Attorney for JASON ERROL PERCIVAL


For the United States:

_____11/16/07_____    _____/s/ Bruce R. Hegyi_____
Date           Bruce R. Hegyi
              Assistant United States Attorney

_____11/16/07_____    _____/s/ Jeanne M. Hauch_____
Date           Jeanne M. Hauch
              Assistant United States Attorney