IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JASON ERROL PERCIVAL, et al., | ) | Criminal No. 06-102 (JDB) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**GOVERNMENT'S NOTICE OF FILING OF THE WRITTEN OPINION
OF THE COURT OF APPEALS FOR TRINIDAD AND TOBAGO
RELATED TO THE EXTRADITION OF LEON NURSE,
RICARDO De FOUR, KEVON DEMERIEUX,
AND ZION CLARKE**

The United States of America ("United States" or "Government"), provides notice hereby of its filing herewith of a copy of the written opinion, dated May 12, 2008, of the Court of Appeals for the Republic of Trinidad & Tobago, dismissing the appeals of Leon Nurse, Ricardo De Four, Kevon Demerieux, and Zion Clarke.

A true and correct copy of the thirty-one page opinion is attached hereto.

      Respectfully submitted,

JEFFREY A. TAYLOR (D.C. Bar No. 498610)
United States Attorney

    /S/
By: _____
BRUCE R. HEGYI (D.C. Bar No. 422741)
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4848
Washington, D.C.  20530
(202) 305-9637
(202) 353-9414 (fax)
www.bruce.hegyi@usdoj.gov


JEANNE M. HAUCH
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W., 11th Floor
Washington, D.C.  20530
(202) 514-5776